CATHERINE CORTEZ MASTO
Attorney General
Nevada State Bar No. 3926
ROGER R. MADSEN
Deputy Attorney General
Nevada State Bar No. 7075
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3420
Facsimile: (702) 486-3773
E-mail: rmadsen@ag.nv.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMAA A. CINQUE, | CASE NO. 3:09-CV-229-ECR-(RAM) |
| Plaintiff, | ORDER GRANTING |
| vs. | |
| LENARD VARE, *et al.*, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff, JAMAA A. CINQUE, *pro se*, and Defendants, LENARD VARE, TRINITY PHARRIS, and BRIAN WARD, by and through their counsel, CATHERINE CORTEZ MASTO, Attorney General, and ROGER R. MADSEN, Deputy Attorney General, of the STATE OF NEVADA, OFFICE OF THE ATTORNEY GENERAL, hereby stipulate as follows:

1. The above-entitled action shall be dismissed *with* prejudice; and
2. The parties shall bear their own attorney fees and costs.

/ / /

/ / /

IT IS SO STIPULATED this __12__ day of November, 2010.

*/s/ Jamaa A. Cinque*

JAMAA A. CINQUE (#78338)
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
*Plaintiff, Pro Se*

IT IS SO STIPULATED this __18th__ day of November, 2010.

CATHERINE CORTEZ MASTO
Attorney General

By: */s/ Roger R. Madsen*
ROGER R. MADSEN
Deputy Attorney General
Nevada State Bar No. 7075
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

IT IS SO ORDERED:

*/s/ Edward C. Reed*
UNITED STATES DISTRICT JUDGE

DATED: December 2, 2010

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101